UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Young Bok Park, et al.
         Plaintiff,

v.                 Case No.: 1:15−cv−05152
                 Honorable Mary M. Rowland

Nagle Advisors, LLC., et al.
         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 28, 2016:

   MINUTE entry before the Honorable Mary M. Rowland: Settlement conference held on 10/28/16. Settlement reached. The parties have consented to the jurisdiction of the Magistrate Judge. Status set for 12/20/16 at 10:00 AM. Status will be stricken if stipulation to dismiss and/or motion for approval of settlement filed prior to that date. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.