UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Young Bok Park, et al.
　　　　　　　　　　　　　　Plaintiff,
v.　　　　　　　　　　　　　　　　　　　　　Case No.: 1:15−cv−05152
　　　　　　　　　　　　　　　　　　　　　　Honorable Mary M. Rowland
Nagle Advisors, LLC., et al.
　　　　　　　　　　　　　　Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 15, 2016:

　　　MINUTE entry before the Honorable Mary M. Rowland: Defendants' Unopposed Motion for Approval of FLSA Settlement Agreement and General Release [62] is granted. This action is dismissed without prejudice with the Court retaining jurisdiction to enforce the Settlement Agreement and General Release until 12/31/2018. Thereafter, unless a timely motion is made by any of the parties to enforce the terms of the Settlement Agreement, the matter will automatically convert to a dismissal with prejudice and the Court will no longer have jurisdiction to enforce the Settlement Agreement. Each party shall bear its own costs and fees. The status hearing set for 12/20/16 is stricken. Civil case terminated. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.